**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JOSE FRANCISCO GONZALEZ**                                                     **PETITIONER**

**v.**                                                            **CAUSE NO. 1:25-cv-224-LG-ASH**

**BURL CAIN**                                                              **RESPONDENT**

**FINAL JUDGMENT**

For the reasons set forth in the Order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this Petition for a

Writ of Habeas Corpus under 28 U.S.C. § 2254 is **DISMISSED WITH**

**PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 17th day of March, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.

UNITED STATES DISTRICT JUDGE