### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JOSE FRANSCISCO GONZALEZ**                                **PETITIONER**

**v.**                                                      **CAUSE NO. 1:25-cv-224-LG-ASH**

**BURL CAIN**                                               **RESPONDENT**

### CERTIFICATE OF APPEALABILITY

The Court entered a final order adverse to Petitioner in this habeas corpus case, in which the detention complained of arises out of process issued by a state court.  The Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue.  Jurists of reason could not conclude that the Court's dismissal of Petitioner's claims was debatable or incorrect. *See Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

**SO ORDERED AND ADJUDGED** this the 17th day of March, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE